UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST | |
| | Case No. 2:19-cv-00147-LEW |
| Plaintiff | |
| v. | |
| PAUL A. PINETTE AND HSBC FINANCE CORPORATION F/K/A BENEFICIAL MAINE INC. | |
| Defendants | |
| WORLDWIDE ASSET PURCHASING, LLC AND COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING LLC | |
| Parties-In-Interest | |

**AMENDED JUDGMENT OF FORECLOSURE AND SALE**
(VACANT PROPERTY)
RE: 164 South Avenue, Lewiston, Me 04240
Mortgage:  October 31, 2007; Book 7296, Page 331

This matter came before the Court pursuant to the Defaults entered on July 18,

2019 and January 14, 2020, against each of the named Parties [ECF 12, ECF 27],

Fed.R.Civ. P.55(b), this Court's Procedural Order dated April 8, 2020 [ECF 32], and the

General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-

19) in accordance with the *Pandemic/Infectious Disease Plan for the United States*

*District Court for the District of Maine* (March 2020) and Plaintiff's Motion to Amend the Judgment.

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was represented by John A. Doonan, Esq.  Defendant, Paul A. Pinette, was served by publication and did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale; Defendant, HSBC Finance Corporation f/k/a Beneficial Maine Inc., did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale, including its request for discharge of the HSBC Finance Corporation Writ of Execution dated October 23, 2000, in the amount of $10,655.98 recorded in the Androscoggin County Registry of Deeds in Book 4571, Page 17; Party-In-Interest, Worldwide Asset Purchasing, LLC, did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale; and Party-In-Interest, pursuant to Plaintiff's Motion, Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC has been added to the Amended Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay U.S. Bank Trust, N.A., as Trustee

   for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due

   and owing ($294,868.95) within 90 days of the date of the Judgment, as that

   time period is calculated in accordance with 14 M.R.S. § 6322, U.S. Bank shall

   forthwith discharge the Mortgage and file a dismissal of this action on the ECF

   Docket.  The following is a breakdown of the amount due and owing as of June

   11, 2020:

   | Description | Amount |
   | --- | --- |
   | Unpaid Principal Balance | $141,859.28 |
   | Interest | $106,291.83 |
   | Escrow | $43,128.39 |
   | Late Charge | $3,589.45 |
   | Grand Total | $294,868.95 |

2. If the Defendant or his heirs or assigns do not pay U.S. Bank the amount

   adjudged due and owing ($294,868.95) within 90 days of the Judgment, as that

   time period is calculated in accordance with 14 M.R.S. § 6322, his remaining

   rights to possession of the Lewiston Property shall terminate, U.S. Bank shall

   conduct a public sale of the Lewiston Property in accordance with 14 M.R.S. §

   6323, disbursing the proceeds first to itself in the amount of $294,868.95, after

   deducting the expenses of the sale, with any surplus to be disbursed pursuant to

   Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. § 6324.  U.S.

   Bank may not seek a deficiency judgment against the Defendant pursuant to

   the Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk shall, if requested, sign a

certification after the appeal period has expired, certifying that the applicable

period has expired without action or that the final judgment has been entered

following appeal.

4.  The amount due and owing is $294,868.95.

5.  The priority of interests is as follows:

- U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority in the amount of $294,868.95, pursuant to the subject Note and Mortgage.

- Worldwide Asset Purchasing, LLC, who has been defaulted

- Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC, who has been added to the Amended Judgment of Foreclosure and Sale.

- Paul A. Pinette, who has been defaulted.

6.  Entry of the judgment also confirms the discharge of the Writ of Execution to Beneficial Maine Inc. in the amount of $10,655.98, recorded in the Androscoggin County Registry of Deeds in Book 4571, Page 17.

7.  The pre-judgment interest rate is 6.50000%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 6.09%, *see* 14 M.R.S. §1602-C.

8.  The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust 13801 Wireless Way Oklahoma City, OK  73134 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANT | Paul A. Pinette 97 East Side Road Machiasport, ME 04655 | Defaulted |
|  | HSBC Finance Corporation f/k/a Beneficial Maine Inc. 1421 West Shure Drive, Suite 100 Arlington Heights, IL 60004 | Defaulted |
| PARTIES-IN-INTEREST |  |  |
|  | Worldwide Asset Purchasing, LLC c/o Corporation Service Company 45 Memorial Circle Augusta, ME 04330 | Defaulted |
|  | Community Loan Servicing, LLC 4425 Ponce De Leon Blvd, 5th Floor Miami, FL 33146 | Defaulted |

a)  The docket number of this case is No. 2:19-cv-00147-LEW.

b)  All parties to these proceedings received notice of the proceedings in

accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 164 South Avenue, Lewiston, ME 04240, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 164 South Avenue, Lewiston, ME 04240.  The Mortgage was executed by the Defendant, Paul A. Pinette, on October 31, 2007.  The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 7296, Page 331.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 164 South Avenue, Lewiston, ME 04240.

f) Plaintiff waives the collection of any further attorney's fees as well as corporate advances not listed above.

**SO ORDERED**

Dated this 11th day of May, 2021.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE